# IN THE MISSOURI COURT OF APPEALS
## FEBRUARY 18, 2014
### WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

None

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

WD75419     State of Missouri vs. Howard S. Harmon

WD75903     State of Missouri vs. Thomas Brady Showman